IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | No. 09-669-3 |
| HAROLD MARTINEZ | : | |

## **ORDER**

AND NOW, this 11th day of February, 2011, it is ORDERED Defendant Harold Martinez's Motion for Suppression of Physical Evidence (Document 161) is DENIED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez